IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBIN R. SANDERSON, | ) | No. C 07-1081 JSW (PR) |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| I. D. CLAY, Warden, | ) | |
| | ) | (Docket No. 2) |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

**INTRODUCTION**

Petitioner, a prisoner of the State of California, currently incarcerated at Folsom State Prison in Folsom, California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. Petitioner has also filed a motion to proceed *in forma pauperis*, which is now GRANTED (docket no. 2). This order directs Respondent to show cause why the petition should not be granted.

**BACKGROUND**

According to the petition, Petitioner was convicted after a jury trial of driving under the influence with injury, hit and run with injury and a great bodily injury enhancement in San Mateo County Superior Court and sentenced on October 19, 2005 to a period of 13 years, four months incarceration. Petitioner's appeal to the California Court of Appeal was denied in 2006. The Supreme Court of California denied his petition for review in 2006. The instant federal habeas petition was filed on February 22, 2007.

**DISCUSSION**

I    Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in

1  custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C.

2  § 2254(a).

3  It shall "award the writ or issue an order directing the respondent to show cause

4  why the writ should not be granted, unless it appears from the application that the applicant

5  or person detained is not entitled thereto."  *Id.* § 2243.

6  II   <u>Legal Claims</u>

7  The petition raises the following ground for relief: 1) the trial court's failure to

8  give a unanimity instruction violate's Petitioner's due process rights; 2) the trial court's

9  denial of Petitioner's "Romero motion" in violation of his due process rights; 3) the

10  imposition of a sentence that punishes Petitioner multiple times for the great bodily injury

11  violates the Double Jeopardy Clause; 4) ineffective assistance of appellate counsel in

12  failing to present certain issues in the state appellate courts; and 5) ineffective assistance

13  of trial counsel.  Liberally construed, it does not appear from the face of the petition that

14  Petitioner is not entitled to relief on his claims.  Accordingly, Respondent is ordered to

15  respond to the petition as set forth below.

16  **CONCLUSION**

17  For the foregoing reasons and for good cause shown,

18  1.  The Clerk shall serve by certified mail a copy of this order and the petition, and

19  all attachments thereto, on Respondent and Respondent's attorney, the Attorney General of

20  the State of California.  The Clerk also shall serve a copy of this order on Petitioner.

21  2.  Respondent shall file with the Court and serve on Petitioner, within **sixty (60)**

22  days of the issuance of this order, an answer conforming in all respects to Rule 5 of the

23  Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should

24  not be granted.  Respondent shall file with the answer and serve on Petitioner a copy of all

25  portions of the state trial record that have been transcribed previously and that are relevant

26  to a determination of the issues presented by the petition.  If Petitioner wishes to respond

27  to the answer, he shall do so by filing a traverse with the Court and serving it on

28

2

1  Respondent within **thirty (30)** days of his receipt of the answer.

2  3.  Respondent may file a motion to dismiss on procedural grounds in lieu of an

3  answer, as set forth in the Advisory Committee Notes to  Rule 4 of the Rules Governing

4  Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court

5  and serve on Respondent an opposition or statement of non-opposition within **thirty (30)**

6  days of receipt of the motion, and Respondent shall file with the Court and serve on

7  Petitioner a reply within **fifteen (15)** days of receipt of any opposition.

8  4.  It is Petitioner's responsibility to prosecute this case.  Petitioner must keep

9  the Court informed of any change of address by filing a separate paper captioned "Notice

10  of Change of Address."  He must comply with the Court's orders in a timely fashion.

11  Failure to do so may result in the dismissal of this action for failure to prosecute pursuant

12  to Federal Rule of Civil Procedure 41(b)

13  IT IS SO ORDERED.

14  DATED:  July 26, 2007

15  _____

16  JEFFREY S. WHITE
United States District Judge

17

18

19

20

21

22

23

24

25

26  UNITED STATES DISTRICT COURT

27  FOR THE

28  NORTHERN DISTRICT OF CALIFORNIA

1

2

3 ROBIN R SANDERSON,                              Case Number: CV07-01081 JSW

4            Plaintiff,                           **CERTIFICATE OF SERVICE**

5     v.

6 I.D. CLAY et al,

7            Defendant.                        /
  _____

8

9 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
  Court, Northern District of California.

10 That on July 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

11 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
   receptacle located in the Clerk's office.

12

13 Robin R. Sanderson
   V98979

14 Folsom State Prison
   P.O. Box 950

15 Folsom, CA 95763

16

17 Dated: July 26, 2007                        *Jennifer Ottolini*
                                               Richard W. Wieking, Clerk

18                                             By: Jennifer Ottolini, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

                                               4